COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Michael Francis Palma v. Harris County Appraisal Review Board

Appellate case number:   01-17-00705-CV

Trial court case number: 2017-32712

Trial court:             113th District Court of Harris County

Appellant, Michael Francis Palma, has filed a notice of the appeal of the trial court's final judgment granting appellee Harris County Appraisal Review Board's plea to the jurisdiction and dismissing the case for want of jurisdiction without prejudice. Palma has filed an "Amended Motion for Temporary Injunction to Harris County Appraisal Review Board and Harris County Appraisal District for Tax Year 2017 Situs Hearing," asserting that a hearing is set for November 28, 2017. The motion is **denied**.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                   ☑ Acting individually    ☐ Acting for the Court

Date: November 16, 2017